RALPH DE LORENZO et al., Respondents, v. SVEND A. MUNCK, Doing Business as THE HITCHING POST, LAKE LUZERNE, N. Y., Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post,* p. 967.]